G. F. Sickles, Appellant, vs. Joseph Tinsley as Administrator of the estate of J. Hamburg, Deceased and Solomon Simon, Appellees.

## DIVISION B.

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge.

*Evans Haile* and *Horatio Davis,* for Appellant..

No appearance for Appellees.

The bill in this cause was filed by the appellant against the appellees. There were decrees for the defendants, and the complainant appeals. The decrees are affirmed.